# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Technology Marketing Toolkit, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-0428 |
| ) | |
| Ryan Schmidt, et. al., ) | |
| ) | |
| Defendants. ) | |

## CONSENT JUDGMENT

Plaintiff Technology Marketing Toolkit, Inc. ("Plaintiff" or "TMT"), having filed a Complaint in this matter on May 6, 2011, against Ryan Schmidt a/k/a Ryan Kristopher, individually and d/b/a Marketmeit and Windows Renew (the "Defendant");

The parties having entered into a Settlement Agreement; and

The Defendant having consented to this Consent Judgment;

NOW, THEREFORE, upon the consent of the parties hereto,

IT IS ORDERED, ADJUDGED and DECREED that, based on Defendant's default in the timely payment of settlement amounts under the terms of the Settlement Agreement, judgment is entered against Defendant and in favor in TMT in the amount of $22,000. In addition to this amount, Plaintiff and its attorneys shall be awarded reasonable attorneys' fees and costs incurred in connection with the default, including in the filing of and execution on this Consent Judgment, pre-judgment interest at 6% per annum, post-judgment interest at 6% per annum, and any such amount awarded by the Court shall be added to the judgment amount of $22,000 set forth above.

DATED: _____

_Kevin H. Sharp_
UNITED STATES DISTRICT JUDGE

Approved for entry by:

| Date: 12/1/12 | By _____ Ryan K. Schmidt |
|---|---|
| Date: 10/25/12 | By _____ Technology Marketing Toolkit, Inc. Name: Nicole Rodgers Title: VP of Operations |

12924207.1 (OGLETREE)